**STEG v. STEG**

[353 N.C. 357 (2001)]

LYNNE HERBIG STEG v. BRIAN DAVID STEG

No. 354PA00

(Filed 6 April 2001)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) of orders entered by the Court of Appeals on 8 August 2000, denying defendant's petition for writ of supersedeas and defendant's petition for writ of certiorari to review an order for contempt entered by Abernethy, J., on 26 July 2000 in District Court, Catawba County. Heard in the Supreme Court 13 March 2001.

*Morrow Alexander Tash Kurtz & Porter, by John F. Morrow; and W. Wallace Respess, Jr., for plaintiff-appellee.*

*Crowe & Davis, P.A., by H. Kent Crowe, for defendant-appellant.*

PER CURIAM.

WRIT OF CERTIORARI IMPROVIDENTLY ALLOWED.